1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CINDY FARIAS,

11            Petitioner,                  No. CIV S-05-1861 GEB GGH P

12      vs.

13   FOURTH DISTRICT COURT
     OF APPEAL,
14

15            Respondent.                  FINDINGS & RECOMMENDATIONS

16   _____/

17            By order filed October 13, 2005, petitioner was ordered to show cause, within

18   thirty days, why his action should not be dismissed. The thirty day period has now expired, and

19   petitioner has not shown cause or otherwise responded to the court's order.

20            IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22            These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

                                              1

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2 F.2d 1153 (9th Cir. 1991).

3 DATED: 1/18/06

4

5                                                         /s/ Gregory G. Hollows

6 GGH:035                                          UNITED STATES MAGISTRATE JUDGE
  fari1861.fsc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26